No. 07-15-00001-CV

| Brentley Wayne Hrncirik | § | From the County Court at Law No. 2 |
| Appellant | | of Lubbock County |
| | § | |
| v. | | August 30, 2016 |
| | § | |
| Bobbye Gail Hrncirik | | Opinion by Justice Pirtle |
| Appellee | § | |

## J U D G M E N T

Pursuant to the opinion of the Court dated August 30, 2016, it is ordered, adjudged and decreed that the judgment of the trial court be affirmed.

It is further ordered that appellant pay all costs in this behalf expended for which let execution issue.

It is further ordered that this decision be certified below for observance.

o O o